IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03373-RM-KLM

LEHMAN BROTHERS HOLDINGS, INC.

    Plaintiff,

v.

PMAC LENDING SERVICES, INC., f/k/a Preferred Mortgage Alliance Corp.,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Defendant's **Unopposed Motion to Modify Scheduling Order** [#31][1] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#31] is **GRANTED**. The Civil Scheduling Order entered on April 29, 2014 [#24] is amended to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **October 28, 2014**
- Rebuttal Expert Disclosure Deadline    **November 18, 2014**
- Rule 702 Motion Deadline    **November 27, 2014**
- Discovery Deadline    **November 28, 2014**

Dated: August 27, 2014

---

[1] "[#31]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.