IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03373-RM-KLM

LEHMAN BROTHERS HOLDINGS, INC.

    Plaintiff,

v.

PMAC LENDING SERVICES, INC., f/k/a Preferred Mortgage Alliance Corp.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Second Motion to Modify Scheduling Order** [#42][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#42] is **GRANTED**. The Civil Scheduling Order entered on April 29, 2014 [#24] and amended on August 27, 2014 [#34], is further modified to extend the following deadlines:

| | |
|---|---|
| Affirmative Expert Disclosure Deadline | **November 26, 2014** |
| Rebuttal Expert Disclosure Deadline | **December 17, 2014** |
| Rule 702 Motion Deadline | **January 7, 2015** |
| Discovery Deadline | **January 30, 2015** |
| Dispositive Motion Deadline | **February 27, 2015** |

    IT IS FURTHER **ORDERED** that the Final Pretrial Conference set for February 17, 2015 at 10:30 a.m. is **VACATED** and **RESET** to **May 11, 2015** at **10:30 a.m.** in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the proposed pretrial order shall be submitted on or before **May 4, 2015**. The proposed pretrial order to be submitted to the Magistrate

---

[1] "[#42]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). The Court uses this convention throughout this Minute Order.

1

Judge under the ECF Procedures may be submitted in WordPerfect or pdf format and shall be emailed to the Magistrate Judge at *Mix_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the Forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.**

Dated:  October 28, 2014