**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:13-cv-03373-RM-KLM

LEHMAN BROTHERS HOLDINGS, INC.,

    Plaintiff,

v.

PMAC LENDING SERVICES, INC, f/k/a PREFERRED MORTGAGE ALLIANCE CORP.,

    Defendant.

---

### RESPONSE TO NOTICE OF SETTLEMENT

---

PMAC Lending Services, Inc. ("PMAC"), through its undersigned counsel, submits this Response to the Notice of Settlement filed by Plaintiff [Nov. 5, 2014; Doc. 46].

On November 5, 2014 Plaintiff filed a Notice of Settlement stating the parties have reached an agreement "in principle" to settle this matter. (Doc. 46.) This Court issued an order vacating the May 11, 2015 pre-trial conference and directing the parties to file dismissal papers on or before January 5, 2015. (Doc. 48.) The parties continue to actively discuss settlement terms, but have not yet finalized an agreement. Because there is no finalized settlement agreement, PMAC contemporaneously files a Response in Opposition to Plaintiff's Motion to Stay Litigation [Oct. 17, 2014; Doc. 41].

DATED this 7th day of November, 2014.

/s/ Tamara A. Hoffbuhr Seelman
Tamara A. Hoffbuhr Seelman, Esq.
Nicole C. Salamander Irby, Esq.
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado  80202
Telephone: (303) 534-5160
tseelman@gordonrees.com;
nsalamanderirby@gordonrees.com
*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel referenced below, this 7th day of November, 2014 addressed to:

Michael J. Gates, Esq.
Christopher P. Carrington, Esq.
Foster Graham Milstein & Calisher, LLP
360 South Garfield St., 6th Floor
Denver, CO 80209
Telephone: 303.333.9810
*ATTORNEYS FOR PLAINTIFF*

/s/ Tamara A. Hoffbuhr Seelman
Tamara A. Hoffbuhr Seelman, Esq.
Nicole C. Salamander Irby, Esq.
Gordon & Rees LLP
555 Seventeenth Street, Suite 3400
Denver, Colorado  80202
Telephone: (303) 534-5160
tseelman@gordonrees.com;
nsalamanderirby@gordonrees.com
*ATTORNEYS FOR DEFENDANT*